UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Honorable Marcia S. Krieger

Criminal No. 05-cr-00466-MSK

UNITED STATES OF AMERICA,

        Plaintiff,

v.

**1.     ARTOUR AROUTIOUNOV,**
       **a/k/a Artour Aroutounov,**
2.     GOULNARA KOUDRIACHEVA,
       a/k/a Gulnara Kourdriacheva,
       a/k/a Gulnara Kudryasheva,
       a/k/a Gulnara Koudryashova,
3.     ALEXANDRE KOUDRIACHEV,
       a/k/a Alexandre Koudrichev,
4.     VERA VIKTOROVNA BOGDANOVA,

        Defendants.

## ORDER AND NOTICE OF CHANGE OF PLEA HEARING

THIS MATTER comes before the Court following the filing of a Notice of Disposition on March 27, 2006 by Defendant Artour Aroutiounov. The Court construes this Notice as a motion to change his/her plea and to have the Court consider the terms of the parties' plea agreement.

**IT IS THEREFORE ORDERED** that:

1.     Pursuant to 18 U.S.C. § 3161(h)(1)(F) and (I), the speedy trial clock is tolled pending determination of those matters.

2. A Change of Plea hearing is set for **April 7, 2006 at 11:00 a.m.** in the United States District Court for the District of Colorado, Courtroom A901, Alfred A. Arraj U.S. Courthouse, 901 19th Street, Denver, Colorado.

DATED this 28th day of March 2006.

                                      **BY THE COURT:**

                                      *Marcia S. Krieger* (signature)

                                      Marcia S. Krieger
                                      United States District Judge