UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Honorable Marcia S. Krieger

Criminal No. 05-cr-00466-MSK

UNITED STATES OF AMERICA,

        Plaintiff,

v.

1. **ARTOUR AROUTIOUNOV,**
   **a/k/a Artour Aroutounov,**
2. GOULNARA KOUDRIACHEVA,
   a/k/a Gulnara Kourdriacheva,
   a/k/a Gulnara Kudryasheva,
   a/k/a Gulnara Koudryashova,
3. ALEXANDRE KOUDRIACHEV,
   a/k/a Alexandre Koudrichev,
4. VERA VIKTOROVNA BOGDANOVA,

        Defendants.

### ORDER AND NOTICE OF CHANGE OF PLEA HEARING

THIS MATTER comes before the Court following the filing of a Notice of Disposition (**#62** ) on May 8, 2006 by **Defendant ARTOUR AROUTIOUNOV**. The Court construes this Notice as a motion to change his/her plea and to have the Court consider the terms of the parties' plea agreement.

**IT IS THEREFORE ORDERED** that:

1.     Pursuant to 18 U.S.C. § 3161(h)(1)(F) and (I), the speedy trial clock is tolled pending determination of those matters.

2.  A Change of Plea hearing is set for **June 26, 2006 at 9:15 a.m.** in the United States District Court for the District of Colorado, Courtroom A901, Alfred A. Arraj U.S. Courthouse, 901 19th Street, Denver, Colorado.

Dated this 11th day of May, 2006.

                        **BY THE COURT:**

                        */s/ Marcia S. Krieger*

                        Marcia S. Krieger
                        United States District Judge