UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Honorable Marcia S. Krieger

Criminal No. 05-cr-00466-MSK

UNITED STATES OF AMERICA,

       Plaintiff,

v.

1. **ARTOUR AROUTIOUNOV,**
   **a/k/a Artour Aroutounov,**
2. GOULNARA KOUDRIACHEVA,
   a/k/a Gulnara Kourdriacheva,
   a/k/a Gulnara Kudryasheva,
   a/k/a Gulnara Koudryashova,
3. ALEXANDRE KOUDRIACHEV,
   a/k/a Alexandre Koudrichev,
4. VERA VIKTOROVNA BOGDANOVA,

       Defendants.

## ORDER AND NOTICE OF HEARING ON LAW AND MOTION CALENDAR

The following matter is set for hearing on the law and motion calendar of Judge Marcia S. Krieger to be held on **October 2, 2006 at 10:45 a.m.** in the United States District Court for the District of Colorado, Courtroom A901, Alfred A. Arraj U.S. Courthouse, 901 19th Street, Denver, Colorado. This hearing is set simultaneously and will precede the sentencing hearing set in this matter at 10:45 a.m. The parties shall be prepared to address the Motion found at docket number 100 and the Motion found at docket number 101.

Dated this 29th day of September, 2006

                                            **BY THE COURT:**

                                            Marcia S. Krieger
                                            United States District Judge