UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Honorable Marcia S. Krieger

Criminal No. 05-cr-00466-MSK

UNITED STATES OF AMERICA,

    Plaintiff,

v.

1.   **ARTOUR AROUTIOUNOV**,
   a/k/a Artour Aroutounov,
2.   GOULNARA KOUDRIACHEVA,
   a/k/a Gulnara Kourdriacheva,
   a/k/a Gulnara Kudryasheva,
   a/k/a Gulnara Koudryashova,
3.   ALEXANDRE KOUDRIACHEV,
   a/k/a Alexandre Koudrichev,
4.   VERA VIKTOROVNA BOGDANOVA,

    Defendants.

___

## ORDER GRANTING MOTION TO SEAL
___

**THIS MATTER** comes before the Court pursuant to Government's Motion to Seal **(# 105)**. For the reasons stated by orally by the Court on October 2, 2006 **(# 107)**, the Court finds compelling justification for sealing the document at Docket # 105. Accordingly, the Motion to Seal **(# 105)** is **GRANTED**.

Dated this 11th day of October, 2006

                    **BY THE COURT:**

                    Marcia S. Krieger
                    United States District Judge